UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS HOMBS,

    Petitioner,

v.                                                     Case No. 18-C-1382

COREY ROESELER,

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING PETITION

Petitioner Thomas Hombs filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 5, 2018, Magistrate Judge Nancy Joseph screened his petition and filed a Report and Recommendation. In that Report and Recommendation, the Magistrate Judge recommends that the petition be dismissed without prejudice. Hombs has not filed an objection to this recommendation. Based upon the Report and Recommendation of Magistrate Judge Nancy Joseph, which is hereby adopted in full, this case is ordered dismissed without prejudice for lack of exhaustion of state court remedies, as required by 28 U.S.C. § 2254(b)(1)(A). The Clerk is directed to enter Judgment forthwith.

**SO ORDERED** this  31st  day of October, 2018.

                                                 s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court